IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBRA K. GIBBS, | ) | |
|     Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv645-MHT |
| | ) | (WO) |
| WILSON, LLC, et al., | ) ) | |
|     Defendants. | ) | |

OPINION

This is a slip-and-fall case, and the diversity jurisdiction of the court has been invoked. The magistrate judge recommends that the motions for summary judgment of defendants Holiday Hospitality Franchising, LLC and James R. Wilson, III should be granted because plaintiff Debra K. Gibbs's claims against them have been abandoned. Gibbs does not object to this aspect of the magistrate judge's recommendation. After an independent and de novo review of the record, the court concludes the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of April, 2017.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**