IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEBRA K. GIBBS,                )
                               )
        Plaintiff,             )
                               )      CIVIL ACTION NO.
        v.                     )      1:15cv645-MHT
                               )         (WO)
WILSON, LLC, et al.,           )
                               )
        Defendants.            )
```

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 50) is adopted as to the claims against defendants Holiday Hospitality Franchising, LLC and James R. Wilson, III.

(2) Defendants Holiday Hospitality Franchising, LLC's and James R. Wilson, III's motions for summary judgment (doc. nos. 35 and 37) are granted.

(3) Judgment is entered in favor of defendants Holiday Hospitality Franchising, LLC and James R.

Wilson, III and against plaintiff Debra K. Gibbs, with plaintiff Gibbs taking nothing by her complaint.

(4) Defendants Holiday Hospitality Franchising, LLC and James R. Wilson, III are terminated as parties.

It is further ORDERED that costs are taxed against plaintiff Gibbs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 28th day of April, 2017.


                    /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**